## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 2, 2017

_____

### DOCKET CORRECTION NOTICE
_____

No.   17-1467,        <u>Chartis Property Casualty Comp v. Sharon D. Love</u>
                      8:13-cv-01479-DKC

TO:   Paul David Bekman
      Emily Claire Malarkey

FILING CORRECTION DUE:  August 7, 2017

Please make the correction identified below and file a corrected document by the date indicated.

_____

[ x ] Opening Brief is not text-searchable. Please refile electronic brief as a text-searchable PDF.

Donna Lett, Deputy Clerk
804-916-2704